IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC RIVERA - RODRIGUEZ, | : | |
| Petitioner, | : | CRIMINAL NO. 09-459 |
| v. | : | |
| | : | CRIMINAL NO. 10-452 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | CIVIL NO. 11-6994 |

### ORDER

AND NOW, this 20th of March, 2012, upon consideration of Petitioner's Motion to Vacate/Set Aside/ Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 36), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Petrese B. Tucker_

Hon. Petrese B. Tucker, U.S.D.J.